794

| AO-10 Rev. 8/87 | FINANCIAL DISCLOSURE REPORT | Annual Report Due by May 15 from Judicial Officers and certain Judicial Employees (28 USCA App. I, §§ 301-09) |
|---|---|---|

| Person Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| Smith, Fern M. | U.S. Dist. Ct. N.D. Cal. | 5/10/88 |
| Title Judge | Date of Entry/Nomination/Termination (only if initial or final report) May 9, 1988 | Reporting Period (Calendar year, or inclusive dates.) 1/1/87 to 4/30/88 |
| Home or office address Superior Court - Dept 25 Hall of Justice - 850 Bryant St. San Francisco, Cal. 94103 | | |

**IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

**I. POSITIONS.** *(Reporting individual only; see pp. 15-16 of Instructions.)*

POSITION          NAME OF ORGANIZATION/ENTITY

☐ NONE *(No reportable positions)*

| | |
|---|---|
| Judge | Superior Court · San Francisco |
| Trustee | Fern M. Smith Trust |

**II. AGREEMENTS.** *(Reporting individual only; see p. 17 of Instructions.)*

DATE          PARTIES AND TERMS

☐ NONE *(No reportable agreements)*

Sept 1986   Fern M. Smith and Bronson Bronson & McKinnon · Pmt of Partnership Share as of Sept. 1986 to be made in annual installments over 5 year period.

**III. NON-INVESTMENT INCOME.** *(Partial disclosure for spouse; see pp. 18-20 of Instructions.)*

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE *(No reportable non-investment income)* | | |
| | State of California · Wages | $ 82,600 |
| | City & County of San Francisco · Wages | $ 12,760 |
| | Williams & Burrows, Inc. (S) | $ — |
| | Bronson, Bronson & McKinnon | $ 4,000 |
| | ▬▬▬▬▬▬▬ | $ |

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Fern M. | 5-10-88 |

**IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainment.**
*(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☑ NONE (No such reportable reimbursements or gifts) | |

**V. OTHER GIFTS.** *(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☑ NONE (No such reportable gifts) | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| Doris Hanley | Mtge - Liparita Vineyard - (See Part VII) | P |
| Sara Z. Burrows (S) | Note (unsecured) | N |

| * VALUE CODES: | J = $0 to $1,000 | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
|---|---|---|---|---|
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |

Digitized by Google

06-663 - 89 - 26

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, Fern M. | 5-10-88 |

## .I. INVESTMENTS and TRUSTS--income, value, transactions. *(Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g., div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| | | | | | Not applicable per instructions | | | | |
| Vacaville Home Mtg. Bond | B | INT | | | Sold | | | | |
| Amer. Cap Cv. Sec Inv. (stk) | B | INT. | | | Sold | | | | |
| Drexel Series Tr. Grp (mut. Fd) | D | Div. | | | Sold | | | | |
| Amer. Cyanamid (Com Stk) | C | Div. | | | Sold | | | | |
| Chubb Corp (com stk) | A | - | | | Sold | | | | |
| Digital Equip. (com. stk) | A | - | | | Sold | | | | |
| Gen Elec (com. stk) | C | DIV | | | Sold | | | | |
| Gen Mills (com. stk) | C | DIV | | | Sold | | | | |
| IBM (com. stk) | C | DIV | | | Sold | | | | |
| Johnson & Johnson (Com stk) | C | DIV | | | Sold | | | | |
| Merck (com. stk) | C | DIV | | | Sold | | | | |
| J. P Morgan (com. stk) | C | DIV | | | Sold | | | | |
| Nordstrom (com. stk) | B | DIV | | | Sold | | | | |
| Procter & Gamble (com stk) | C | DIV | | | Sold | | | | |
| Rite Aid (com. stk) | B | DIV | | | Sold | | | | |
| Syntex (com. stk) | C | DIV | | | Sold | | | | |
| Cal PCR Fin. Bonds | B | INT | | | Sold | | | | |
| Fidelity Overseas (Mut. Fd) | E | DIV + INT | | | Sold | | | | |
| Mutual Shares (mut. Fd) | E | DIV + INT | | | Sold | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting Smith, Fern M. | Date of Report 5-10-86 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS--income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g., div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) | |

NONE (No reportable income, assets, or transactions)

*Not applicable per instructions*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 108 Monterey Dunes, Watsonville, Ca (Condo) | D | INT | — | | Sold | | |
| 3 Fiserv (com. stk) | A | - | F | T | | | |
| 4 T. Rowe Price Fund (mut+Fd) | C | Div+ INT | E | T | | | |
| 5 Am cap Fund (mut. Fd) | D | Div+ INT | F | T | | | |
| 6 T. Rowe Price Int'l Fd (m.Fd) | F | Div+ Int | F | T | | | |
| 7 Scudder Int'l Fd (Mut. Fd) | E | Div+ Int | F | T | | | |
| 8 Transatlantic Fd (mutFd) 1982 - $27,750 | E | Div+ Int | F | T | | | |
| 9 Tice Oaks Assoc (Ltd Ptr) 1984 - $104,000 | B | Int | F | R | | | |
| 10 West Park Ind Assoc (Ltd Ptr) | B | INT | O | R | | | |
| 11 McCowen Deleeuw (Ltd Ptr) 1994-$25,000 | G | Div+ CapGn | P | W | | | |
| 12 Drexel Lambert Real Est Assoc (L.P) | B | Int | F | R | | | |
| 13 Liparita Vineyard 200 Las Posadas-Angwin, Ca | A | - | P | Q | | | |
| 14 Security Pac Bank (Money Mkt Fund) New York (Fern M. Smith, Tr) | F | Int | P | T | | | |
| 15 Cal. St. 8.1% Bonds (2-1-92) | E | Int | N | T | | | |
| 16 Cal. St. Gen. Ob. 8.75% Bds (4-1-89) | E | Int | N | T | | | |
| 17 Sacto. Ca. MFR 8.5% Bds (4-1-91) | E | Int | N | T | | | |
| 18 Fed Nat'l Mtg. Assoc 7.55% (4-10-89) | E | Int | N | T | | | |
| 19 Fed Home Ln Bks 8.15% (4-27-92) | E | Int | N | T | | | |
| 20 Union Bank - SaqFrancisco, Fern M. Smith, Tr. (Cking + Money Mkt) | C | Int | N | T | | | |

| | | | |
|---|---|---|---|
| 1 Income/Gain Codes: | A = exempt ($0 to $100) E = $5,001 to $15,000 | B = $101 to $1,000 F = $15,001 to $50,000 | C = $1,001 to $2,500 G = $50,001 to $100,000 | D = $2,501 to $5,000 H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) N = $50,001 to $100,000 | K = $1,001 to $5,000 O = $100,001 to $250,000 | L = $5,001 to $15,000 P = over $250,000 | M = $15,001 to $50,000 |
| 3 Value Method Codes: | Q = Appraisal U = Book value | R = Cost (real estate only) V = Other | S = Assessed value W = Estimated | T = Cash/market |

Digitized by Google

**FINANCIAL DISCLOSURE REPORT (cont'd)**

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Fern M | 5-10-88 |

**I. INVESTMENTS and TRUSTS--income, value, transactions.** *(Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period Amt. Code¹ (A-H) | Type (e.g., div.) | C. Gross value at end of period Value Code² (J-P) | Method Code³ (Q-W) | D. Transactions during period (Reporting individual and spouse) Type (e.g., sold) | Date: Month-Day | Value Code⁴ (J-P) | Gain Code⁵ (A-H) | Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | Not applicable per instructions | | | | | |
| 2 Acct of. Fern M. Smith - S.F. Drexel Burnham Money Mkt. | C | Int | F | T | | | | | |
| 3 Com. Stk. Williams + Burrows, Inc. (S) | A | - | A | W | | | | | |
| 4 Burrows Grp. Partnership (S) | D | Int | F | W | | | | | |
| 5 Com. Stk) Gateway Pac. Coast. Co. (S) | E | Int | A | W | | | | | |
| 6 Park Royal Assoc. Ltd. Pt. (S) | A | - | E | W | | | | | |
| 7 F. Robert Burrows (S) Wells Fargo Bank - Svings + Bking | C | Int | - | - | Closed | | | | |
| 8 Burrows Fam. Tr. (S) | E | Int | O | W | | | | | |
| 9 Chalone Vineyards · Com. Stk (S) | A | - | D | T | | | | | |
| 10 Silicon Valley Bank · Com. Stk (S) | A | - | E | T | | | | | |
| 11 Ad. Micro. Dev. - Com. Stk (S) | A | - | D | T | | | | | |
| 12 F. Robert Burrows (S) Franklin Fd. Money Mkt Acct | B | Int | D | T | | | | | |
| 13 F. Robert Burrows (S) Bank of S.F. - Cking + Mkt Rate | B | Int | E | T | | | | | |
| 14 Com. Stk Continental Pac. Minerals (S) | A | - | C | T | | | | | |
| 15 San Antonio Plaza · Ltd · Pt. (S) | B | Div. | | | Sold | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Fern M. | 5-10-88 |

## II. ADDITIONAL INFORMATION or EXPLANATIONS. *(Indicate section of Report.)*

☑ Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _Fern M. Smith_          Date _May 11, 1988_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 304, AND 18 U.S.C. § 1001.)

---

### FILING INSTRUCTIONS:

1. *Mail signed original and 4 additional copies to:*          Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

2. *Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)*

---

Digitized by Google



5.  Please complete the attached financial net worth statement in detail (Add schedules as called for).

    Financial statement and schedules attached.

6.  Have you ever held a position or played a role in a political campaign?  If so, please identify the particulars of the campaign, including the candidate, dates of the campaign, your title and responsibilities.

    No.

Digitized by Google

# 801

## CONFIDENTIAL FINANCIAL STATEMENT (*Fern M Smith*)

### NET WORTH

3/31/88
Effec of 4/30/88

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 500 | 000 | Notes payable to banks—secured | | |
| U.S. Government securities—add schedule | 198 | 790 | Notes payable to banks—unsecured | | |
| | | | Notes payable to relatives | | |
| Listed securities—add schedule | 431 | 400 | Notes payable to others | | |
| Unlisted securities—add schedule | 402 | 500 | Accounts and bills due | 80 | 000 |
| Accounts and notes receivable: | | | Unpaid income tax | | |
|    Due from relatives and friends | 53 | 000 | Other unpaid tax and interest | | |
|    Due from others | | | Real estate mortgages payable—add schedule | 865 | 000 |
|    Doubtful | | | | | |
| Real estate owned—add schedule | 2,650 | 000 | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | | | | |
| Autos and other personal property | 50 | 000 | Other debts—itemize: | | |
| Cash value—life insurance | | | | | |
| Other assets—itemize: | | | | | |
| | | | | | |
| | | | Total liabilities | 945 | 000 |
| | | | Net worth | 3,340 | 690 |
| Total assets | 4,285 | 690 | Total liabilities and net worth | 4,285 | 690 |

| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
|---|---|---|---|---|---|
| As endorser, comaker or guarantor | | | Are any assets pledged? (Add schedule.) | | |
| On leases or contracts | | | | | |
| Legal Claims | | | Are you defendant in any suits or legal actions? | | |
| Provision for Federal Income Tax | 25 | 000 | Have you ever taken bankruptcy? | | |
| Other special debt | | | | | |

6


Digitized by Google

3/31/88

Financial Statement Schedule - Eun M Smith

Listed Securities &

| | |
|---|---|
| Fiserv | 20,000 |
| T. Rowe Price Fund (Def. Comp Plan) | 9,000 |
| Scudder Int'l Fund (IRA) | 31,000 |
| Amcap Fund " | 29,000 |
| T. Rowe Price Int'l Fund (Def. Ben. Pension Plan) | 26,000 |
| Scudder Int'l Fund " " " | 24,000 |
| Transatlantic Fund " " " | 17,000 |
| | 156,000 |

Unlisted Securities &

| | | |
|---|---|---|
| Tree Oak Assoc | (Gen. Ptn'r ship) | 27,500 |
| West Park Ind. Assoc. | " | 100,000 |
| Mc Cowen De Leeuw | " | 250,000 |
| Drexel Lambert Real Est Assoc. | " | 25,000 |
| | | 402,500 |

Real Estate Owned &

| | |
|---|---|
| 3305 Washington | 650,000 |
| Lepanto Vineyards | 2,000,000 |
| | 2,650,000 |

Real Estate Mtge Payable &

| | |
|---|---|
| 3305 Washington (Great Western Bank) | 140,000 |
| Lepanto Vineyards (Doris Hanley) | 725,000 |
| | 865,000 |

Govt Securities on separate attached schedule (US . . . . . .

Digitized by Google